UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-438-ADM/AJB

EARL E. FORD,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

STIPULATION AND ORDER

The parties hereto make the following stipulation. Pursuant to conversations and agreements reached on September 4, 2001, the Plaintiff and Defendant agree to extend the 180 day deadline for submission of expert affidavits as required in Minn. Stat. § 145.682, for an additional three weeks, or until October 1, 2001. Pursuant to Minn. Stat. § 145.682(4)(b) "the parties or the Court for good cause shown, made by agreement, provide for extensions of the time limits specified in subd. 2, 3, or this subdivision. The time frame of 180 days would have expired on or about September 5, 2001. Through the agreement of the parties through this stipulation, they have agreed to extend the time period to October 1, 2001.

Dated: September 11, 2001

David W. Blaeser
Attorney for Employee
7616 Currell Boulevard
Suite 240
Woodbury, MN 55125
Attorney ID#: 201236

Dated: 9-13-01

Greg Brooker
Attorney at Law
U.S. Attorney's Office
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

IT IS SO ORDERED:

DATED: 9/24/01

Arthur J. Boylan
U.S. Magistrate Judge

FILED SEP 24 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D
DEPUTY CLERK